

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-76,144

### EX PARTE RAY RECIO CORTEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. B-04-0897-S IN THE 119TH JUDICIAL DISTRICT COURT
### FROM TOM GREEN COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant entered an open plea of guilty to aggravated kidnapping, and was sentenced to eighty years' imprisonment. The Third Court of Appeals affirmed his conviction. *Cortez v. State*, No. 03-05-00256-CR (Tex. App. – Austin, May 30, 2007).

Applicant contends, *inter alia*, that he was denied the opportunity to petition this Court for discretionary review, because he did not receive timely notice that his conviction had been affirmed

and that he had a right to petition for discretionary review *pro se.* Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court entered findings of fact and conclusions of law that appellate counsel sent timely notice to Applicant that his conviction had been affirmed, and advised him of his right to petition for discretionary appeal *pro se.* Because there was some evidence in the record to support Applicant's claim that he did not timely receive this notice, we remanded this application to the trial court for findings of fact and conclusions of law.

The trial court obtained an affidavit from TDCJ, which indicates that Applicant did not receive any mail from his attorney during the applicable period for filing his petition for discretionary review. Because it is possible that Applicant was deprived of his opportunity to petition for discretionary review due to a breakdown in the system, the trial court recommends that relief be granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Third Court of Appeals in Cause No. 03-05-00256-CR that affirmed his conviction in Cause No. B-04-0897-S from the 119th Judicial District Court of Tom Green County. Applicant shall file his petition for discretionary review with the Third Court of Appeals within 30 days of the date on which this Court's mandate issues.

Applicant's remaining claims are dismissed. *See Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Delivered: April 29, 2009
Do not publish